UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

RICKY GUNTHER AND                              *
LAWRENCE GUNTHER

VERSUS                                         Civil Action No.:  6:12-cv-2893

PINNACLE HEALTH FACILITIES OF
LOUISIANA LLC-DBA MORGAN CITY
HEALTH CARE CENTER                             *


*      *      *      *      *      *      *

### NOTICE OF REMOVAL OF ACTION
### UNDER 28 U.S.C. §1441(b)
### (Diversity)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Pinnacle Health Facilities of Louisiana, LLC hereby removes to this Court the state court action described below:

1.      On October 29, 2012, an action was commenced in the Sixteenth Judicial District Court of the State of Louisiana and for the Parish of St. Mary, entitled Ricky Gunther and Lawrence Gunther, Plaintiffs, vs. Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center, Defendant, as Case No. 125332 "F", a copy of which petition is attached hereto as Exhibit "A".

2.      The first date upon which defendant received a copy of the said complaint was November 8, 2012, when defendant was served with a copy of the said complaint and a summons from the said state court.  A copy of the state court citation is attached hereto as Exhibit "B".

3.      This is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs

because it involves a claim for wrongful death and a survival action on behalf of plaintiffs' spouse and son.

4.      Defendant is informed and believes that plaintiffs Ricky Gunther and Lawrence Gunther were, and still are, citizens of the State of Louisiana.  Defendant was, at the time of the filing of this action, and still is, a limited liability company formed under the laws of the State of Texas, the sole member of which is Thomas D. Scott, a resident of the State of Texas, which is the only defendant that has been named and served in this action.

Respectfully submitted,


_____/s/ Michael M. Meunier_____
Michael M. Meunier, T.A. (Bar No. 17056)
Matthew K. Brown (Bar #18571)
SULLIVAN STOLIER KNIGHT LC
909 Poydras Street, Suite 2600
New Orleans, Louisiana 70112
Telephone: (504) 561-1044
Facsimile: (504) 561-8606
**Counsel for Defendant**


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has this date been electronically filed using the CM/ECF service which will notify counsel of record via electronic mail of this filing.

New Orleans, Louisiana, this 14th day of November, 2012.


_____/s/ Michael M. Meunier_____
Michael M. Meunier