| | | |
|---|---|---|
| RICKY GUNTHER AND LAWRENCE GUNTHER | * | 16TH JUDICIAL DISTRICT COURT |
| VS. No. 125332 ((F)) | * | PARISH OF ST. MARY |
| PINNACLE HEALTH FACILITIES OF LOUISIANA LLC d/b/a MORGAN CITY HEALTH CARE CENTER | * | STATE OF LOUISIANA |

## PETITION IN SUIT FOR DAMAGES

The Petition of RICKY GUNTHER and LAWRENCE GUNTHER, residents of the full age of majority of the Parish of St. Mary, State of Louisiana, herein referred to as Petitioners, represent:

1.

Your defendant is **Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center**, a nursing home operating in the City of Morgan City, Parish of St. Mary, State of Louisiana.

2.

LAWRENCE GUNTHER is the surviving spouse, and RICKY GUNTHER is the son of CAROL J. GUNTHER, who died on October 31, 2011, as a result of the negligence of **Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center**.

3.

In early October, 2011, **Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center**, contacted the family of CAROL J. GUNTHER and advised that a mole had fallen off of CAROL J. GUNTHER's back, but that they did not feel it was necessary to contact a doctor at that time.

4.

Approximately one week later, another mole fell off and **Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center** contacted the family of CAROL J. GUNTHER and advised a doctor would be called to examine CAROL J. GUNTHER.

5.

CAROL J. GUNTHER, was examined by a nursing home doctor and found to have an abscess on her back on October 29, 2011.

6.

CAROL J. GUNTHER was transported by ambulance to Teche Regional Medical Center on October 29, 2011.

7.

The attending physician at Teche Regional Medical Center found a large abscess on CAROL J. GUNTHER's back which caused CAROL J. GUNTHER to go into septic shock.

8.

On October 29, 2011, surgery was performed by Dr. Tomas Birriel on CAROL J. GUNTHER to incise, drain and debride the abscess which had caused septic shock and poisoned the blood stream.


EXHIBIT A

9.

As a result of the negligence of **Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center**, CAROL J. GUNTHER died at Teche Regional Medical Center on October 31, 2011.

10.

The cause of death listed on the death certificate of CAROL J. GUNTHER is septic shock.

11.

Defendant, **Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center**, was negligent in the following acts of commission and omission:

a. In failing to possess or in failing to exercise the skill, experience, training and knowledge which were professed to possess or employ;

b. In failing to provide CAROL J. GUNTHER with proper and adequate care including but not limited to, wound care and care for bed sores and moles;

c. In failing to provide CAROL J. GUNTER with proper and adequate supervision and assistance;

d. In otherwise being negligent in the premises.

12.

RICKY GUNTHER and LAWRENCE GUNTHER, aver that the facts and circumstances surrounding this incident are all within the knowledge and control of the defendants herein and that such an incident like the present one does not normally happen in the absence of negligence and that this incident was caused by an instrumentality in the possession of and control of said defendants and that, therefore, petitioners specifically urge the doctrine of res ipsa loquitur, as an additional and alternative plea, reserving the right as well to prove the specific acts and omissions of defendants.

13.

As a result of the negligence of **Pinnacle Health Facilities of Louisiana LLC d/b/a Morgan City Health Care Center**, CAROL J. GUNTHER sustained serious and permanent injuries as follows:

a. Medical expenses, past, present and future;

b. Pain, suffering, mental anguish, distress and emotional upset, past, present and future; and,

c. Death.

WHEREFORE, petitioners respectfully request that a Medical Review Panel be convened in this matter.

Respectfully submitted by:

THOMAS L. MAHFOUZ #8877
Lippman & Mahfouz, L.L.C.
Post Office Box 2526
Morgan City, LA 70381
(985) 384-1833

A FACSIMILE OF THIS PETITION
WAS RECEIVED AND FILED ON
OCT 29 2012

RECEIVED AND FILED
OCT 31 2012
Dy. Clerk of Court

Please serve Defendant:
**Pinnacle Health Facilities of Louisiana LLC
d/b/a Morgan City Health Care Center**
through its agent for service of process,
National Registered Agents, inc.
1011 N. Causeway Blvd, Suite 3
Mandeville, LA 70471

CLERK'S OFFICE, FRANKLIN, LA
NOV 0 5 2012

A true copy of the original
Attest _____
Dy. Clerk of Court

A FACSIMILE OF THIS PETITION
WAS RECEIVED AND FILED ON
OCT 2 9 2012

RECEIVED AND FILED
OCT 3 1 2012
_____
Dy. Clerk of Court